## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Propel Charter Schools, :
                    Petitioner :
                     :
         v. : No. 1209 C.D. 2020
                     :
Pennsylvania Department of Education :
(State Charter School Appeal Board), :
                Respondent :

**PER CURIAM**                     **O R D E R**

       NOW, January 12, 2022, upon consideration of Petitioner's application for reargument, the application is denied.